Andrew Aroch, administrator of the estate of Stephen Aroch, deceased, appellee, v. Chicago & Joliet Transportation Company, appellant. Gen. No. 8,445.

Heard in this court at the October term, 1931. Opinion filed March 15, 1932.

Barr & Barr, for appellant. J. W. D'Arcy, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Thomas J. O'Meara, administrator of the estate of Charles L. Elward, deceased, appellant, v. The Chicago, Rock Island & Pacific Railway Company, appellee. Gen. No. 8,449.

Heard in this court at the October term, 1931. Opinion filed March 15, 1932.

Richolson & O'Meara, for appellant. Hibbs & Pool, for appellee; Daniel Taylor, of counsel.

Mr. Justice Wolfe delivered the opinion of the court.

Adam Mixes, appellee, v. Keig-Stevens Baking Company, appellant. Gen. No. 8,452.

presiding. Heard in this court at the October term, 1931. Opinion filed March 15, 1932.

Welsh & Welsh and Hyer & Gill, for appellant. Hall & Dusher, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

C. O. Holmberg et al., trading as Highland Lumber & Fuel Company, appellants, v. Erick Lundquist et al., appellees. Gen. No. 8,463.

Heard in this court at the October term, 1931. Opinion filed March 15, 1932.

Large & Reno and James Berry, for appellants. B. A. Knight, for certain appellees. Wilbur E. Johnson, for certain other appellee.

Mr. Justice Wolfe delivered the opinion of the court.